IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 99-127 |
| EUGENIO TOLEDO-RIVERA | : | |

## ORDER

AND NOW, this 3rd day of November, 2014, the Court finds that the ends of justice are best served by unsealing and then dismissing indictment no. 99-127.

WHEREFORE, it is hereby ORDERED that indictment no. 99-127 is first unsealed and then dismissed.

BY THE COURT:

_Jan E. DuB_____
HONORABLE JAN E. DuBOIS
*Senior Judge, United States District Court*